# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JIMMY WAYNE BASS, <br> AIS 251151, | : |
| Petitioner, | : |
| vs. | : |
| | CA 10-0446-CB-C |
| CHERYL PRICE, | : |
| Respondent. | : |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 28, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this  9th  day of    May         , 2011.

                          s/*Charles R. Butler, Jr.*
                          **SENIOR UNITED STATES DISTRICT JUDGE**